No. 71–5059.  Newman *v.* Estelle, Warden.  Sup. Ct. Mont.  Certiorari denied.

No. 71–5063.  Fahy et al. *v.* California.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 71–5084.  Matthews *v.* Kentucky.  Ct. App. Ky.  Certiorari denied.

No. 71–5207.  Brooks *v.* Wainwright, Corrections Director.  C. A. 5th Cir.  Certiorari denied.

No. 71–5320.  Gephart *v.* Beto, Corrections Director.  C. A. 5th Cir.  Certiorari denied.

No. 71–5322.  Perry *v.* California.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–5323.  Williams et al. *v.* United States. C. A. 10th Cir.  Certiorari denied.

No. 71–5324.  Davis *v.* United States.  C. A. 10th Cir.  Certiorari denied.

No. 71–5325.  Panzavecchia *v.* United States. C. A. 5th Cir.  Certiorari denied.

No. 71–5328.  Verdugo-Medina *v.* United States. C. A. 9th Cir.  Certiorari denied.

No. 71–5329.  Harden, aka Brown *v.* Zelker, Correctional Superintendent.  C. A. 2d Cir.  Certiorari denied.